# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Crim. No. 11-228 (MJD/JJK) |
| Plaintiff, | |
| v. | |
| (3) Patrick Joseph Kiley, *also known as Pat Kiley*; | **ORDER** |
| Defendant. | |

Tracy L. Perzel, Esq., and David J. MacLaughlin, Esq., Assistant United States Attorneys, counsel for Plaintiff.

David E. Zins, Esq., Attorney at Law, and H. Nasif Mahmoud, Esq., McKenzie, Wilkes & Mahmoud, counsel for Defendant Kiley.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes dated October 18, 2011. No objections have been filed to that Report and Recommendation in the time period permitted. Based on the Report and Recommendation of the Magistrate Judge, on all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

**IT IS HERERBY ORDERED** that:

1. Defendant Kiley's Motion to Dismiss **(Doc. No. 93)**, is **DENIED**; and

2. Defendant Kiley's Motion to Suppress Statements of Patrick J. Kiley **(Doc. No. 95)**, is **DENIED**.

Date: November 9, 2011

                                              s/Michael J. Davis
                                              MICHAEL J. DAVIS
                                              Chief Judge
                                              United States District Court