# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Crim. No. 11-228 (MJD/JJK) |
| Plaintiff, | |
| v. | |
| (3) Patrick Joseph Kiley, also known as Pat Kiley; | **ORDER** |
| Defendant. | |

David J. MacLaughlin, Esq., and Tracy L. Perzel, Esq., Assistant United States Attorneys, counsel for Plaintiff.

David E. Zins, Esq., Attorney at Law, and H. Nasif Mahmoud, Esq., McKenzie, Wilkes & Mahmoud, counsel for Defendant.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes dated November 10, 2011. No objections have been filed to that Report and Recommendation in the time period permitted. Based on the Report and Recommendation of the Magistrate Judge, on all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

**IT IS HERERBY ORDERED** that:

1. Attorney H. Nasif Mahoud is not disqualified at this time.

Date: December 6, 2011

s/Michael J. Davis
MICHAEL J. DAVIS
Chief Judge
United States District Court