# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# SENTENCING

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | **COURT MINUTES - CRIMINAL** |
| v. | Case No: 11-cr-228 (3) (MJD/JJK) |
| Patrick Joseph Kiley (3) *aka Pat Kiley* | Date: January 3, 2013 |
| Defendant. | Courthouse: Minneapolis |
| | Courtroom: 15E |
| | Court Reporter: Lori Simpson |
| | Time Commenced: 9:00 a.m. - 10:25 a.m. |
| | 10:40 a.m. - 1:00 p.m. |
| | 5:20 p.m. - 6:35 p.m. |
| | Time Concluded: 6:35 p.m. |
| | Time in Court: 5 hours |

Before Michael J. Davis, United States District Chief Judge.

APPEARANCES:
- For Plaintiff: David MacLaughlin and Tracy Perzel, Assistant U.S. Attorneys
- For Defendant: H. Nasif Mahmoud, Retained Attorney

☒ **Motion for New Trial was argued and denied.**
☒ **Evidentiary Hearing re murder plot.** (Defendant Kiley was present but did not participate)
   Government Witnesses: Christopher Pettengill, Pace Klein and Paul Wood
☒ **Evidentiary Hearing re: 100 + victims.**
   Government Witness: Peter Madsen.
   The Government's Motion for Enhancement for 100+ victims is granted.
☒ **Sentencing.**
☒ **Defendant's motion for overstatement of criminal history is granted.**
☒ **Defendant's motion for downward departure was argued by defense and the Court's decision will be noted in the statement of reasons.**

**IT IS ORDERED:**
Defendant Kiley's motion for new counsel is granted. H. Nasif Mahmoud has been released from the case. The Court will appoint a new attorney to represent defendant. The court will reconvene on January 18, 2013 at 2:00 p.m.

Date: January 3, 2013                              s/KW_____
                                                   Calendar Clerk to Chief Judge Michael J. Davis