UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

                Plaintiff,        Criminal No. 11-228 (03) MJD/JJK

v.                                     **ORDER FOR APPOINTMENT OF**
                                          **SUBSTITUTE COUNSEL**
Patrick Joseph Kiley (3),
*aka Pat Kiley*

                Defendant.

---

      Upon oral motion by defendant Kiley, the Court finds that it is in the interest of justice that present counsel H. Nasif Mahmoud be relieved of his assignment to represent the defendant for sentencing in the above entitled case.  The Court directs that the Federal Defender's Office or a member of the CJA Conflicts Panel be appointed as substitute counsel to continue the representation of the defendant before this Court.


Dated: <u>January 4, 2013</u>                s/Michael J. Davis
                                            Honorable Michael J. Davis
                                            United States District Court Chief Judge